IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARQUISE LEON FLEWELLEN** | § | **PETITIONER** |
| | § | |
| **v.** | § | **CAUSE NO. 1:05CV343 LG-RHW** |
| | § | |
| **DOLAN WALKER, ET AL.** | § | **RESPONDENTS** |

## FINAL JUDGMENT

In accordance with the Order Denying Petition for Writ of Habeas Corpus entered herewith;

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus is **DENIED** and the Petition is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 24th day of September 2008.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge